ROBERTSON v. WARD & CO.

No Appeal Shown: DISMISSAL.

*Appeal from Polk District Court.*—HON. MARCUS KAVANAGH, JR., Judge.

FILED, JANUARY 31, 1890.

*Cole, McVey & Clark,* for appellants.

*Baylies & Baylies,* for appellee.

GRANGER, J.—The abstract in this case contains no statement whatever as to an appeal, and there is nothing to indicate that an appeal has been taken. Appellee does not appear and so far as the record discloses is not advised of the pendency of the action in this court. The case as to this court is                           DISMISSED

---

THE STATE v. MURPHY.

*Appeal from Polk District Court.*—HON. W. H. MCHENRY, Judge.

FILED, FEBRUARY 5, 1890.

No arguments on file.

GRANGER, J.—This proceeding is upon an information charging the keeping of intoxicating liquors with intent to sell the same in violation of law. The transcript is but a partial one, and not certified. The cause appears to have been in the district court, and a judgment imposed; and from the conditions of the record before us we are unable to find that there was error in the district court, and its judgment is
                                       AFFIRMED.